**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Kelley** | **Suzanne** | **Williams** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF LOUISIANA**

Case number (if known)

☐ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.
■ Yes.

**2. List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 | **US Department of Justice** | Last 4 digits of account number **6001** | $210,333.83 | $210,333.83 | $0.00 |
| | Priority Creditor's Name | | | | |
| | **Louisiana Eastern** | When was the debt incurred? | | | |
| | **650 Poydras Suite 1600** | | | | |
| | **New Orleans, LA 70130** | | | | |
| | Number Street City State Zip Code | | | | |

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify **Non-Federal Restitution**

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

### Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
■ Yes.

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

Debtor 1  **Kelley Suzanne Williams**                          Case number (if known) _____

| 4.1 | **AFNI** | Last 4 digits of account number | **8001** | **$1,150.00** |

Nonpriority Creditor's Name
**PO Box 3517**
**Bloomington, IL 61702**
Number Street City State Zip Code

When was the debt incurred?  **2014**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **collection - disputed as prescribed under LA CC 3494**

---

| 4.2 | **Allied Interstate** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name
**7525 West Campus Road**
 **OH**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **collection  disputed as prescribed under LA CC 3494**

---

| 4.3 | **Asset Recovery Solutions** | Last 4 digits of account number | | **$2,712.54** |

Nonpriority Creditor's Name
**2200 E Devon Ave Ste 200**
**Des Plaines, IL 60018**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit card - disputed as prescribed under LA CC 3494**

Debtor 1 **Kelley Suzanne Williams**     Case number (if known)

---

| 4.4 | **Capital Management Services LP** <br> Nonpriority Creditor's Name <br> **698 1/2 South Ogden Street** <br> **Buffalo, NY 14206** <br> Number Street City State Zip Code | Last 4 digits of account number _____ | $10,920.00 |
|---|---|---|---|

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **collection - disputed as prescribed under LA CC 3494**

---

| 4.5 | **Capital Management Services LP** <br> Nonpriority Creditor's Name <br> **698 1/2 South Ogden Street** <br> **Buffalo, NY 14206** <br> Number Street City State Zip Code | Last 4 digits of account number _____ | $5,487.00 |
|---|---|---|---|

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **collection - disputed as prescribed under LA CC 3494**

---

| 4.6 | **Capital One** <br> Nonpriority Creditor's Name <br> **Attn: Bankruptcy** <br> **Po Box 30285** <br> **Salt Lake City, UT 84130** <br> Number Street City State Zip Code | Last 4 digits of account number **3848** | $511.00 |
|---|---|---|---|

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

When was the debt incurred? **Opened 06/18 Last Active 9/18/18**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Credit Card**

---

Debtor 1 **Kelley Suzanne Williams**  Case number (if known)

### 4.7 Capital One
Nonpriority Creditor's Name
**7933 Preston Road**
**Plano, TX 75024**
Number Street City State Zip Code

Last 4 digits of account number **5005**  $979.97

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **15 Toyota Camry**

### 4.8 Capital One Auto Finance
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

Last 4 digits of account number **1001**  $4,935.00

When was the debt incurred? **Opened 02/16  Last Active 2/01/19**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Automobile**

### 4.9 Citimortgage
Nonpriority Creditor's Name
**Anne Raymond**
**201 St Charles Ave**
**Suite 3600**
**New Orleans, LA 70170**
Number Street City State Zip Code

Last 4 digits of account number  Unknown

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Possible balance owed from case 712620 in 24th JDC**

Debtor 1 **Kelley Suzanne Williams**     Case number (if known)

---

### 4.10 Convergent

Nonpriority Creditor's Name
**800 SW 39th St**
**Renton, WA 98057**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number           **$5,487.00**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **collection - disputed as prescribed under LA CC 3494 or duplicative**

---

### 4.11 Credit One Bank

Nonpriority Creditor's Name
**Po Box 98875**
**Las Vegas, NV 89193**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number   **8296**        **$1,008.00**

When was the debt incurred? **Opened 08/17 Last Active 9/18/18**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Credit Card**

---

### 4.12 Dept of Ed / Navient

Nonpriority Creditor's Name
**Attn: Claims Dept**
**Po Box 9635**
**Wilkes Barr, PA 18773**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number   **0914**        **$15,503.00**

When was the debt incurred? **Opened 09/12 Last Active 4/30/19**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ■ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify   **Educational**

---

Debtor 1 **Kelley Suzanne Williams**     Case number (if known)

---

**4.13**

**Dept of Ed / Navient**
Nonpriority Creditor's Name
**Attn: Claims Dept**
**Po Box 9635**
**Wilkes Barr, PA 18773**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number **0908**     **$12,395.00**

When was the debt incurred? **Opened 08/09 Last Active 4/30/19**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ■ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify    **Educational**

---

**4.14**

**Dept of Ed / Navient**
Nonpriority Creditor's Name
**Attn: Claims Dept**
**Po Box 9635**
**Wilkes Barr, PA 18773**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number **0908**     **$9,363.00**

When was the debt incurred? **Opened 09/09 Last Active 4/30/19**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ■ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify    **Educational**

---

**4.15**

**Enna Asset Management**
Nonpriority Creditor's Name
**c/o Newman Mathis**
**3301 North Boulevard**
**Baton Rouge, LA 70806**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number     **Unknown**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Judgment in 2nd Parish Court 112096**

---

Debtor 1 **Kelley Suzanne Williams**     Case number (if known)

---

### 4.16 EOS CCA

Nonpriority Creditor's Name
**PO Box 296**
**Norwell, MA 02061-0296**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number**      **$1,041.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **collection - disputed as prescribed under LA CC 3494**

---

### 4.17 First Premier Bank

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 5524**
**Sioux Falls, SD 57117**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** **0582**      **$616.00**

**When was the debt incurred?** **Opened 05/17 Last Active 12/18/17**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Credit Card**

---

### 4.18 Fortiva

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 105555**
**Atlanta, GA 30348**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** **4860**      **$1,150.00**

**When was the debt incurred?** **Opened 7/05/17 Last Active 9/18/18**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Credit Card**

---

Debtor 1  **Kelley Suzanne Williams**                                   Case number (if known) _____

---

**4.19**

**Genesis Bankcard Services**
Nonpriority Creditor's Name
**Attn: Bankruptcy Department
Po Box 4477
Beaverton, OR 97076**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number **2856**        $610.00

When was the debt incurred? **Opened 10/18  Last Active 4/26/19**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit Card**

---

**4.20**

**Genesis Bc/Celtic Bank**
Nonpriority Creditor's Name
**Attn: Bankruptcy
Po Box 4477
Beaverton, OR 97076**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number **4766**        $539.00

When was the debt incurred? **Opened 08/17  Last Active 9/18/18**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit Card**

---

**4.21**

**Holy Cross School**
Nonpriority Creditor's Name
**5500 Paris Ave
New Orleans, LA 70122**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number ____        $934.50

When was the debt incurred? ____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Balance owed**

---

Debtor 1 **Kelley Suzanne Williams**      Case number (if known)

---

| 4.2.2 | | | |
|---|---|---|---|
| | **Jefferson Capital Systems, LLC** | Last 4 digits of account number **4003** | **$10,920.00** |
| | Nonpriority Creditor's Name | | |
| | **Po Box 1999** <br> **Saint Cloud, MN 56302** | When was the debt incurred? **Opened 10/13** | |
| | Number Street City State Zip Code | | |
| | | As of the date you file, the claim is: Check all that apply | |
| | **Who incurred the debt?** Check one. | | |
| | ■ Debtor 1 only | ☐ Contingent | |
| | ☐ Debtor 2 only | ☐ Unliquidated | |
| | ☐ Debtor 1 and Debtor 2 only | ■ Disputed | |
| | ☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** | |
| | ☐ **Check if this claim is for a community debt** | ☐ Student loans | |
| | **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| | ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| | ☐ Yes | ■ Other. Specify **Factoring Company Account Slm Education Credit Fina - disputed as prescribed under LA CC 3494 or duplicative** | |

---

| 4.2.3 | | | |
|---|---|---|---|
| | **Law Office of Scheer Green and Burke** | Last 4 digits of account number | **$225.00** |
| | Nonpriority Creditor's Name | | |
| | **1 Seagate Suite 640** <br> **Toledo, OH 43604** | When was the debt incurred? **2/21/15** | |
| | Number Street City State Zip Code | | |
| | | As of the date you file, the claim is: Check all that apply | |
| | **Who incurred the debt?** Check one. | | |
| | ■ Debtor 1 only | ☐ Contingent | |
| | ☐ Debtor 2 only | ☐ Unliquidated | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Disputed | |
| | ☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** | |
| | ☐ **Check if this claim is for a community debt** | ☐ Student loans | |
| | **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| | ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| | ☐ Yes | ■ Other. Specify **City of Gretna Camera Violation** | |

---

| 4.2.4 | | | |
|---|---|---|---|
| | **Loyola University** | Last 4 digits of account number | **Unknown** |
| | Nonpriority Creditor's Name | | |
| | **c/o Philip Canova JR** <br> **58156 Court Street** <br> **Plaquemine, LA 70764** | When was the debt incurred? | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | |
| | **Who incurred the debt?** Check one. | | |
| | ■ Debtor 1 only | ☐ Contingent | |
| | ☐ Debtor 2 only | ☐ Unliquidated | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Disputed | |
| | ☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** | |
| | ☐ **Check if this claim is for a community debt** | ☐ Student loans | |
| | **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| | ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| | ☐ Yes | ■ Other. Specify **Judgment in 2nd Parish Court Jefferson, 104-281** | |

---

Debtor 1   **Kelley Suzanne Williams**                             Case number (if known) _____

---

### 4.25  LVNV Funding
Nonpriority Creditor's Name
**c/o Eaton Group Attorneys
PO Box 3001
Baton Rouge, LA 70821**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** 9806                              **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Judgment in First City Court Parish of Orleans/2nd Parish Court Jefferson**

---

### 4.26  Malcolm S. Gerald & Assoc.
Nonpriority Creditor's Name
**332 South Michigan Ave
Suite 600
Chicago, IL 60604**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** _____                          **$3,447.00**

**When was the debt incurred?** **2010**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **collection - disputed as prescribed under LA CC 3494**

---

### 4.27  Navient
Nonpriority Creditor's Name
**Attn: Bankruptcy
Po Box 9000
Wiles-Barr, PA 18773**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** 0326                              **$115,413.00**

**When was the debt incurred?** **Opened 08/05  Last Active 4/30/19**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ■ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify  **Educational**

---

Debtor 1 **Kelley Suzanne Williams**      Case number (if known)

| | | | |
|---|---|---|---|
| **4.28** | **Navient** <br> Nonpriority Creditor's Name <br> **Attn: Bankruptcy** <br> **Po Box 9000** <br> **Wiles-Barr, PA 18773** <br> Number Street City State Zip Code <br> **Who incurred the debt?** Check one. <br> ■ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br> ☐ **Check if this claim is for a community debt** <br> **Is the claim subject to offset?** <br> ■ No <br> ☐ Yes | Last 4 digits of account number **0823** <br><br> When was the debt incurred? **Opened 08/07 Last Active 4/30/19** <br><br> **As of the date you file, the claim is:** Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Type of NONPRIORITY unsecured claim:** <br> ■ Student loans <br> ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims <br> ☐ Debts to pension or profit-sharing plans, and other similar debts <br> ☐ Other. Specify     **Educational** | | **$16,677.00** |
| **4.29** | **Navient** <br> Nonpriority Creditor's Name <br> **Attn: Bankruptcy** <br> **Po Box 9000** <br> **Wiles-Barr, PA 18773** <br> Number Street City State Zip Code <br> **Who incurred the debt?** Check one. <br> ■ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br> ☐ **Check if this claim is for a community debt** <br> **Is the claim subject to offset?** <br> ■ No <br> ☐ Yes | Last 4 digits of account number **0823** <br><br> When was the debt incurred? **Opened 08/07 Last Active 4/30/19** <br><br> **As of the date you file, the claim is:** Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Type of NONPRIORITY unsecured claim:** <br> ■ Student loans <br> ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims <br> ☐ Debts to pension or profit-sharing plans, and other similar debts <br> ☐ Other. Specify     **Educational** | | **$10,512.00** |
| **4.30** | **Navient** <br> Nonpriority Creditor's Name <br> **Attn: Bankruptcy** <br> **Po Box 9000** <br> **Wiles-Barr, PA 18773** <br> Number Street City State Zip Code <br> **Who incurred the debt?** Check one. <br> ■ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br> ☐ **Check if this claim is for a community debt** <br> **Is the claim subject to offset?** <br> ■ No <br> ☐ Yes | Last 4 digits of account number **0326** <br><br> When was the debt incurred? **Opened 01/07 Last Active 4/30/19** <br><br> **As of the date you file, the claim is:** Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Type of NONPRIORITY unsecured claim:** <br> ■ Student loans <br> ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims <br> ☐ Debts to pension or profit-sharing plans, and other similar debts <br> ☐ Other. Specify     **Educational** | | **$9,371.00** |

Debtor 1 **Kelley Suzanne Williams**     Case number (if known) _____

| 4.31 | **Navient** | Last 4 digits of account number **0326** | **$1,597.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy
Po Box 9000
Wiles-Barr, PA 18773**
Number Street City State Zip Code

When was the debt incurred? **Opened 01/07 Last Active 4/30/19**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ■ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify    **Educational**

---

| 4.32 | **Synchrony Bank/ Old Navy** | Last 4 digits of account number **9179** | **$501.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896**
Number Street City State Zip Code

When was the debt incurred? **Opened 12/30/16 Last Active 9/18/18**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Charge Account**

---

| 4.33 | **Target** | Last 4 digits of account number | **$238.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 673
Minneapolis, MN 55440**
Number Street City State Zip Code

When was the debt incurred? **2015**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **disputed as prescribed under LA CC 3494**

---

Debtor 1 **Kelley Suzanne Williams**      Case number (if known)

---

**4.34** | **Total Card** | Last 4 digits of account number **4497** | **$9,770.00**

Nonpriority Creditor's Name
**5109 S Broadband Lane**
**Sioux Falls, SD 57108**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Collection for Citibank - disputed as prescribed under LA CC 3494**

---

**4.35** | **Toyota Motor** | Last 4 digits of account number | **Unknown**

Nonpriority Creditor's Name
**19001 S Western Avenue**
**Torrance, CA 90509**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **repossessed 2005 4Runner**

---

**4.36** | **Toyota Motor** | Last 4 digits of account number | **Unknown**

Nonpriority Creditor's Name
**19001 S Western Avenue**
**Torrance, CA 90509**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **repossessed 2007 FJ4x4**

---

| Debtor 1 | **Kelley Suzanne Williams** | Case number (if known) | |
|---|---|---|---|

| 4.37 | **Westbank and Belle Terre Urg Care** | Last 4 digits of account number | **7336** | $96.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**148 Wall Blvd**
**Gretna, LA 70056**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Medical**

**Is the claim subject to offset?**

■ No
☐ Yes

---

**Part 3:   List Others to Be Notified About a Debt That You Already Listed**

**5.** Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Radius**
**Po Box 390846**
**Minneapolis, MN 55439**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.8** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Part 4:   Add the Amounts for Each Type of Unsecured Claim**

**6.** Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | | Total Claim |
|---|---|---|---|---|---|
| Total claims from Part 1 | 6a. | **Domestic support obligations** | 6a. | $ | 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 210,333.83 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 210,333.83 |

| | | | | | Total Claim |
|---|---|---|---|---|---|
| Total claims from Part 2 | 6f. | **Student loans** | 6f. | $ | 190,831.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 63,278.01 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 254,109.01 |